IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GERALD D. HUGHES and BECKIE | § | |
| BEVERLY HUGHES | § | |
| | § | CASE NO. 24-32566 |
| | § | |
| DEBTOR(S) | § | Chapter 13 |

## EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES & REQUIRED INFORMATION PURSUANT TO 11 USC SECTION 521

COMES NOW, Gerald D. Hughes and Beckie Beverly Hughes, Debtor(s) in the above-styled and captioned case, respectfully request an extension of time to file the original Chapter 13 Schedules A through J and Summary of Assets and Liabilities, Statement of Financial Affairs, and related documents (the "Required Documents"), within the 14 days allowed by 11 U.S.C. Section 521(a)(1) and Rules of Bankruptcy Procedure Rule 1007(c) but no later than July 1, 2024; and as a basis for such, would show unto the Court as follows:

1. On May 31, 2024 (the "Petition Date"), the Debtor(s) commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C §101.

2. Debtor(s) filed a skeleton petition.

3. Debtor(s) has a deficiency deadline of June 17, 2024, to submit their schedules and other required information.

4. Debtor(s) has been gathering the materials required by their attorney to cure the deficiencies in their case but needs more time for gathering the remaining information

5. Debtor requests an extension of 14 days, through July 1, 2024.

6. The 341 meeting of creditors is scheduled for July 17, 2024, and thus an extension of time is in accordance with Federal Rule 1007(c).

WHEREFORE, the debtor prays for an Order granting an extension of 14 days, through July 1. 2024 to finish gathering the required documents to present to their attorney to cure the deficiencies in their case.

Date: June 17,  2024                              Respectfully submitted,

                                                        /s/ Stuart M. Price
                                                        Stuart M. Price
                                                        Bar No. 150439 CA
                                                        6345 Balboa Blvd. Suite 247
                                                        Encino, CA 91316
                                                        Phone: (818) 995-4540
                                                        Fax: (818) 995-9277
                                                        Email: platinum@resolvelawgroup.com
                                                        **ATTORNEY FOR DEBTOR**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| GERALD D. HUGHES and BECKIE § | |
| BEVERLY HUGHES § | |
| § | CASE NO. 24-32499 |
| § | |
| DEBTOR(S) § | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, a true and correct copy of the foregoing *EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES & REQUIRED INFORMATION PURSUANT TO 11 USC SECTION 521* was served on Debtor(s), the U.S. Trustee, Standing Chapter 13 Trustee, Federal Court Clerk and Debtor by US First Class Mail and/or ECF Transmission.

Date: June 17, 2024                          Respectfully submitted,

 /s/ Stuart M. Price
Stuart M. Price
Bar No. 150439 CA
6345 Balboa Blvd. Suite 247
Encino, CA 91316
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com
**ATTORNEY FOR DEBTOR**