United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-32566 |
| GERALD D. HUGHES § | |
| and § | |
| BECKIE BEVERLY GENUS, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 12*

    The Debtors' Ex Parte Motion to Extend Time to File Schedules & Required Information Pursuant to 11 US Section 521[1] is hereby **STRUCK** for failure to attach a proposed Order pursuant to BLR 9013-1(h).

    SIGNED June 18, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 12.